DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REVERSE MORTGAGE SOLUTIONS, INC.,**
Appellant,

v.

**MARIE THERESE FRANCOIS,**
Appellee.

No. 4D17-1089

[January 11, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE-16-002972.

David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellant.

Michael H. Hirsch of Michael H. Hirsch, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***